UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   PAUL J GIAVOTELLA                     CASE NO. 17-12790

                                              SECTION B

         DEBTOR                               CHAPTER 13

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW THE OBJECTION TO CONFIRMATION

Ditech Financial LLC, through undersigned counsel, respectfully moves the Court to withdraw its Objection to Confirmation (**P-16**) because Debtor has filed an Amended Plan that cures the Objection to Confirmation.

Respectfully submitted,

/s/ Cris Jackson
Cris Jackson (No. 20876)
Tabitha Mangano (No. 32569)
JACKSON & McPHERSON, L.L.C.
1010 Common Street, Suite 1800
New Orleans, LA 70112
Phone:   504-581-9444
Fax:       504-588-2888

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   PAUL J GIAVOTELLA                              CASE NO. 17-12790

SECTION B

DEBTOR                                    CHAPTER 13

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I certify that a copy of the Motion to Withdraw Objection to Confirmation of Ditech Financial LLC has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's counsel and the Chapter 13 Trustee electronically, through CM/ECF on this December 14, 2017.

Paul J Giavotella
313 Wilderness Ct
Madisonville, LA 70447

Jack W. Jernigan, III, Counsel for Debtor
jack@thejerniganfirm.com

S. J. Beaulieu, Jr., Chapter 13 Trustee
ecf@ch13no.com

/s/ Cris Jackson
Cris Jackson (No. 20876)